In re:                                                                Case No. 17-00445-RNO
Barbara Anne Kole                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: TWilson          Page 1 of 2          Date Rcvd: Mar 15, 2017
                             Form ID: ntcnfhrg        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
```
db           +Barbara Anne Kole,    404 Cascade Road,   Mechanicsburg, PA 17055-5519
4880955      +Brian Erickson,    509 Rowland Court,   Merced, CA 95348-8515
4880956      +Chase/Toys R Us,    PO Box 15298,   Wilmington, DE 19850-5298
4880958       CitiFinancial,    300 Saint Paul Plaza,   Baltimore, MD 21202
4880960      +Commercial Acceptance Company,    PO Box 3268,   Camp Hill, PA 17011-3268
4880961      +Daley Harvey Eye Associates,   1857 Center Street,   Camp Hill, PA 17011-1739
4880965      +McClure Law Office,    PO Box 65,   Middletown, PA 17057-0065
4880968      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
4880954       PA Department of Revenue,    Bureau of Individual Taxes,   Dept 280431,
              Harrisburg, PA 17128-0431
4880972      +PPL,    2 North 9th Street,   CPC-GENN1,   Allentown, PA 18101-1139
4880970      +Peerless Credit Services,    PO Box 518,   Middletown, PA 17057-0518
4880971      +PennCredit,    PO Box 1259,   Department 91047,   Pottstown, PA 19464-0882
4880974      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,   Irvine, CA 92618-2132
4880975      +Shipley Energy,    PO Box 15052,   415 Norway Street,   York, PA 17403-2531
4880976      +Udren Law Offices, PC,    Paige M. Bellino, Esquire,   111 Woodcrest Road, Suite 200,
              Cherry Hill, NJ 08003-3620
4880977      +York Credit Bureau, Inc.,    33 South Duke Street,   York, PA 17401-1401
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4880957      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2017 19:09:05      CitiBank/Sears,
              c/o LVNV Funding,   PO Box 10584,   Greenville, SC 29603-0584
4880959      +E-mail/Text: EBNProcessing@afni.com Mar 15 2017 19:11:05      Citizens Financial Group,
              c/o AFNI,   PO Box 3097,   Bloomington, IL 61702-3097
4880953       E-mail/Text: cio.bncmail@irs.gov Mar 15 2017 19:10:51      Internal Revenue Service,   POB 7346,
              Philadelphia, PA 19101-7346
4880963      +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2017 19:09:03      JCPenney/GECRB,   PO Box 965005,
              Orlando, FL 32896-5005
4880964      +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2017 19:09:10      Lowe's/GECRB,   PO Box 965004,
              Orlando, FL 32896-5004
4880966      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2017 19:11:02      MCM,   PO Box 603,
              Oaks, PA 19456-0603
4880967      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2017 19:11:02      Midland Funding,
              8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
4880969      +E-mail/Text: bankruptcydepartment@tsico.com Mar 15 2017 19:11:18
              NCO Financial Systems, Inc.,   PO Box 15630,   Wilmington, DE 19850-5630
4880973      +E-mail/Text: bankruptcynotices@psecu.com Mar 15 2017 19:11:15      PSECU,   1500 Elmerton Avenue,
              Harrisburg, PA 17110-9214
                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4880962       HSBC Bank,   Address removed as per entry 16
                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                          Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
```
             Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
             Gary J Imblum    on behalf of Debtor Barbara Anne Kole gary.imblum@imblumlaw.com,
             gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
             ernadette.davise@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
             James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
             capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Barbara Anne Kole | | |
| aka Barbara Anne Erickson | Chapter | 13 |
| Debtor(s) | Case No. | 1:17−bk−00445−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **April 12, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 26, 2017<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: TWilson |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 15, 2017 |