# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

April 4, 2017

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Barbara Kole
Chapter 13 Bankruptcy Case No. 1-17-00445

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

CITIFINANCIAL
PO BOX 6034
SIOUX FALLS SD 57117-6034

The Creditor's <u>previous</u> address was as follows:

CITIFINANCIAL
300 SAINT PAUL PLAZA
BALTIMORE MD 21202

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm