```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-00445-HWV
Barbara Anne Kole                                                   Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
```

District/off: 0314-1          User: TWilson           Page 1 of 1              Date Rcvd: Nov 15, 2017
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db              +Barbara Anne Kole,    404 Cascade Road,    Mechanicsburg, PA 17055-5519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Barbara Anne Kole gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE  :
BARBARA ANNE KOLE  : CASE NO.: 1:17-bk-00445-HWV
a/k/a BARBARA ANNE ERICKSON  : CHAPTER 13
Debtor

## ORDER

Upon consideration of the Motion to Suspend Payments;

**IT IS HEREBY ORDERED AND DECREED** that the Debtor's payments under the Chapter 13 Plan are hereby reduced to the amount of her conduit payment plus the Trustees commission on same in the amount of one thousand one hundred sixty dollars and twelve cents ($1,160.12) for one (1) month for September 2017, and permitting the remainder of the payment to be made in a lump sum at the end of the Chapter 13 Plan.

Dated: November 15, 2017

By the Court,

Henry W. Van Eck, Bankruptcy Judge

(KB)