# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558.8990

March 7, 2018

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Barbara Kole
Chapter 13 Bankruptcy Case No. 1-17-00445

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

MIDLAND CREDIT MANAGEMENT
2365 NORTHSIDE DRIVE #300
SAN DIEGO CA 92108-2709

The Creditor's <u>previous</u> address was as follows:

MIDLAND FUNDING
8875 AERO DRIVE STE 200
SAN DIEGO CA 92123-2255

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm