```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00445-HWV
Barbara Anne Kole                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: TWilson            Page 1 of 1            Date Rcvd: Mar 23, 2018
                                Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db             +Barbara Anne Kole,    404 Cascade Road,    Mechanicsburg, PA 17055-5519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Barbara Anne Kole gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
BARBARA ANNE KOLE : CASE NO. 1-17-00445-HWV
aka BARBARA ANNE ERICKSON :
      Debtor : CHAPTER 13

ORDER OF COURT
PERMITTING SECOND APPLICATION OF ATTORNEY FOR CHAPTER
13 DEBTOR FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES

Upon consideration of the Second Application of Attorney for Chapter 13 Debtor for Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C., by Gary J. Imblum, Counsel for the Debtor in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will be allowed for the payment in the sum of $2,637.00 for fees and $53.88 for costs, for a net amount due of $2,690.88 for the time period of August 2, 2017 through February 12, 2018.

Debtor's counsel agrees that the Chapter 13 Trustee need only pay the portion of the approved Attorney's fees and costs which will not result in the plan being underfunded. As to the remaining Attorneys fees and costs approved by this order, if Debtor does not amend her plan in the future to provide for payment of same through the Chapter 13 Trustee, Debtor's counsel will offer Debtor a reasonable payment plan for payment of same.

Dated: March 23, 2018        By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)