```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00445-HWV
Barbara Anne Kole                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: TWilson         Page 1 of 1         Date Rcvd: Mar 27, 2018
                          Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db             +Barbara Anne Kole,   404 Cascade Road,   Mechanicsburg, PA 17055-5519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Barbara Anne Kole gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
BARBARA ANNE KOLE : CASE NO. 1-17-00445-HWV
aka BARBARA ANNE ERICKSON :
        Debtor : CHAPTER 13

## ORDER

Upon consideration of Debtor's Motion for Approval of a Settlement Agreement and General Release;

**IT IS HEREBY ORDERED AND DECREE** that the Settlement Agreement and General Release is approved and payment of the net proceeds as outlined below:

a. Total Settlement - $15,000.00;

b. Attorney's Fees (33-1/3%) to Anthony Stefanon, Esquire - $5,000.00;

c. Attorney's Costs to Anthony Stefanon, Esquire - $256.34;

d. Highmark Subro Claim - $1,449.61; and

e. Net proceeds to be Paid to Debtor - $8,294.05.

Dated: March 26, 2018        By the Court,

                                                  Henry W. Van Eck, Bankruptcy Judge (KB)