IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.1:17-bk-00445-HWV |
| | ) | |
| BARBARA ANNE KOLE | ) | Chapter 13 |
| aka Barbara Anne Erickson, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Section 1109 of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules, **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE SCIG SERIES III TRUST** is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002 and 3017 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given to and served upon:

> **Allison L. Carr, Esquire**
> **acarr@tuckerlaw.com**
> **Tucker Arensberg, P.C.**
> **1500 One PPG Place**
> **Pittsburgh, PA  15222**
> **Phone:  (412) 566-1212**
> **Fax:  (412) 594-5619**

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or rely papers, memoranda or briefs in support of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

TUCKER ARENSBERG, P.C.

Dated: 9/7/18

/s/ *Allison L. Carr*
Allison L. Carr, Esquire
Pa. I.D. No. 203815
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212

Attorneys for U.S. Bank Trust National Association

BANK_FIN:596221-1 032787-184665

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg)

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.1:17-bk-00445-HWV |
| BARBARA ANNE KOLE | ) | Chapter 13 |
| aka Barbara Anne Erickson, | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I certify that I served or caused to be served a copy of the foregoing Notice of Appearance upon each of the persons and parties in interest at the addresses shown below via <u>ECF Notification</u>:

Gary J. Imblum, Esquire
4615 Derry Street
Harrisburg, PA 17111

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

<u>Served via First Class Mail:</u>

Barbara Anne Kole
404 Cascade Road
Mechanicsburg, PA 17055

TUCKER ARENSBERG, P.C.

Dated: 9/7/18

/s/ *Allison L. Carr*
Allison L. Carr, Esquire
Pa. I.D. No. 203815
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
(412) 566-1212

Attorneys for U.S. Bank Trust National Association