# IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

October 12, 2018

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Barbara Anne Kole
Chapter 13, Bankruptcy Case No. 1:17-bk-00445 RNO

Dear Clerk:

Please be advised that the address for Barbara Anne Kole has changed to the following:

5871 Larue Street
Harrisburg, PA 17112

The Debtors <u>previous</u> address was as follows:

404 Cascade Road
Mechanicsburg, PA 17055

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bad

cc: Charles J. DeHart, III (Trustee)
Via E-Service