```
                   United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                              Case No. 17-00445-HWV
Barbara Anne Kole                                   Chapter 13
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: TWilson        Page 1 of 1        Date Rcvd: May 23, 2019
                           Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
5074592        +U.S. Bank Trust National Association,   c/o BSI Financial Services,
                1425 Greenway Drive, Ste 400,   Irving, TX 75038,   U.S. Bank Trust National Association,
                c/o BSI Financial Services 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                              Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
          Allison L. Carr   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee of the
           SCIG Series III Trust acarr@tuckerlaw.com,   agilbert@tuckerlaw.com
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          Gary J Imblum   on behalf of Debtor 1 Barbara Anne Kole gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
           .com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                         TOTAL: 5

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00445-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Barbara Anne Kole
126 Virginia Avenue
Carlisle PA 17013

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/22/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, U.S. Bank Trust National Association, c/o BSI Financial Services | Pentex Holdings LLC<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA 95501<br>Pentex Holdings LLC<br>C/O SN Servicing Corp. |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/25/19

Terrence S. Miller
**CLERK OF THE COURT**